## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS – WICHITA DIVISION

**JAMES R. WIENS,**
**CONCRETE VAULTS INC., and**
**JRW INVESTMENT, LLC.**

*Plaintiffs*,

*v.*

**Civil Action No.:**

**THE CINCINNATI INSURANCE**
**COMPANIES,**

*Defendant*.

## THE CINCINNATI INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Defendant, The Cincinnati Insurance Company (incorrectly named The Cincinnati Insurance Companies) ("Cincinnati"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the captioned action, Case No. HV-2025-CV-000087: *James R. Wiens, Concrete Vaults Inc., and JRW Investment, LLC v. The Cincinnati Insurance Companies*, In the 9th Judicial District Court of Harvey County, Kansas. In support of this Removal, Cincinnati respectfully submits the following:

1. James R. Wiens, Concrete Vaults Inc., and JRW Investment, LLC (collectively, "Wiens") commenced the above captioned action by filing a Petition on July 14, 2025 in the 9th Judicial District Court of Harvey County, Kansas (the "Complaint"). Cincinnati was served on July 18, 2025.

2.      Cincinnati has requested certified copies of all process, pleadings, and orders from the 9th Judicial District Court of Harvey County.  At this time, a copy of the record from Cincinnati's counsel is included with this Removal as Exhibit "A."[1]  Upon receipt, Cincinnati will supplement this Removal with a certified copy of the state court record.

## CITIZENSHIP

### A. JAMES R. WIENS

3.      The Complaint avers that "Plaintiff Wiens is a citizen of the state of Kansas and resides in Newton, Kansas."[2]  For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), state citizenship is the equivalent of domicile.[3]

4.      Consistent with his pleadings, records from the Kansas Secretary of State show that the single-family residence owned by James R. Wiens is located in Newton, Kansas.[4]  Accordingly, for diversity jurisdiction purposes, Mr. Wiens is a citizen of the State of Kansas.

### B. CONCRETE VAULTS

5.      The Complaint avers that "Plaintiff[ ] Concrete Vaults Inc….[is] registered to do business with the Kansas Secretary of State and do business in the state of Kansas."[5]

6.      For diversity jurisdiction purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its

---

[1] Exhibit "A" – State Court File.
[2] *Id.*, Complaint at p. 2, ¶ 1.
[3] *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983)
[4] See Exhibit "B" – James R. Wiens Diversity.
[5] *Id.*, Complaint at p. 2, ¶ 2.

principal place of business."[6]  Under § 1332(c)(1), the "principal place of business" refers to the place where a corporation's highest-level officers direct, control, and coordinate the corporation's activities.[7]

7.    Public records for Concreate Vaults, Inc. show that it was organized in 1963 under the laws of Kansas, with its principal office currently located in Newton, Kansas.[8] Accordingly, for diversity jurisdiction purposes, Concreate Vaults Inc. is a citizen of the State of Kansas.

### C. JRW INVESTMENT LLC

8.    The Complaint avers that "JRW Investment LLC….[is] registered to do business with the Kansas Secretary of State and do business in the state of Kansas."[9]

9.    Supreme Court precedent makes clear that in determining the citizenship of an unincorporated association for purposes of diversity, federal courts must include all the entities' members.[10]

10.    Public records for JRW Investment LLC show that the entity was organized in 1994 under Kansas Law, with James R. Wiens listed as the sole managing member.[11] The most recent Information Report still shows Mr. Wiens as the only member.[12] Accordingly, for diversity jurisdiction purposes, JRW Investment LLC is a citizen of the State of Kansas.

---

[6] 28 U.S.C. § 1332(c)(1).
[7] *Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010).
[8] *See* Exhibit "C" – Concreate Vaults Diversity.
[9] *Id*., Complaint at p. 2, ¶ 2.
[10] *Carden v. Arkoma Assocs*., 494 U.S. 185, 197 (1990).
[11] *See* Exhibit "C" – JRW Investment LLC Diversity.
[12] *Id*.

### D. THE CINCINNATI INSURANCE COMPANY

11.     The Complaint states "Defendant Insurer is a corporation that exists under the laws of the state of Ohio, with headquarters in Fairfield, Ohio, and with a place of business in Kechi, Kansas."[13]

12.     Wiens' statement is correct.  Cincinnati is an Ohio company with its principal place of business in Ohio.  For diversity jurisdiction purposes, Cincinnati is a citizen of Ohio.

## AMOUNT IN CONTROVERSY

7.     Generally, a defendant "may rely on an estimate of the potential damages from the allegations in the complaint," and "[a] complaint that presents a combination of facts and theories of recovery that may support a claim in excess of $75,000 can support removal."[14] Therefore, Removal is proper if it is facially apparent from the complaint that the claims asserted exceed the jurisdictional amount.[15]  Penalties, exemplary damages, and attorneys' fees are included as part of the amount in controversy.[16]

8.     The Complaint alleges that "Plaintiffs notified Defendant Insurer of the loss under the Policy, making a claim in the amount of $354,769.00."[17]  The amount in controversy requirement of 28 U.S.C. § 1332(b) is satisfied.

---

[13] *Id.*, Complaint p. 2, ¶ 3.

[14] *McPhail v. Deere & Co.*, 2008 WL 2514157, *8 (10th Cir. June 25, 2008).
[15] *See Interstate Med. Licensure Compact Comm'n v. Bowling*, 113 F.4th 1266, 1273 (10th Cir. 2024).
[16] *See id.*
[17] Exhibit "A" – Complaint at p. 3, ¶ 13.

## DIVERSITY JURISDICTION

10.    Because James R. Wiens, Concrete Vaults Inc., and JRW Investments, LLC are citizens of Kansas, and Cincinnati is a citizen of Ohio, complete diversity of citizenship exists between the Parties.  This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and the matter is removable to this Court pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## REMOVAL PROCEDURE

11.    This Notice of Removal is filed less than 30 days following service of Plaintiff's Complaint, and the Removal is timely under 28 U.S.C. § 1446(b).  The clerk of the 9th Judicial District Court of Harvey County, Kansas has been provided with notice of the Removal.

12.    The following related documents are attached to this notice and incorporated here by reference:

    a. Index of matters being filed;
    b. List of all Parties and counsel of record;
    c. Exhibit "A" – Copy of the State Court file from Cincinnati's Counsel (a certified copy will be supplemented); and,
    d. Exhibit "B" – Diversity Documents for James R. Wiens
    e. Exhibit "C" – Diversity Documents for Concreate Vaults Inc.
    f. Exhibit "D" – Diversity Documents for JRW Investments LLC.

## CONCLUSION

13.    Based on the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Cincinnati hereby removes this case to this Court for trial and determination.

5

Respectfully submitted,

LITCHFIELD CAVO, LLP

By: *s/ Michael Brown*_____
Michael Brown        #21313
Litchfield Cavo, LLP
10401 Holmes Road, Suite 220
Kansas City, MO 64131
(816) 648-1400
(816) 648-1401 Fax
brown@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT,
THE CINCINNATI INSURANCE
COMPANY