IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS – WICHITA DIVISION

| | |
|---|---|
| JAMES R. WIENS, CONCRETE VAULTS INC., and JRW INVESTMENT, LLC.<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CINCINNATI INSURANCE COMPANIES,<br><br>*Defendant*. | Civil Action No.: |

### THE CINCINNATI INSURANCE COMPANY'S
### LIST OF ALL PARTIES AND COUNSEL OF RECORD

___

1. **JAMES R. WIENS,**
   **CONCRETE VAULTS INC.**
   **JRW INVESTMENT, LLC.**

   Elizabeth A. Vasseur-Browne, 25170
   2400 City Center Square
   1100 Main Street
   Kansas City, Missouri 64105
   Telephone: (816) 474-0777
   Facsimile: (816) 472-0790
   lbrowne@coolinglaw.com

   *Plaintiffs*

2. **THE CINCINNATI INSURANCE COMPANY**
   (Incorrectly named The Cincinnati Insurance Companies)

   Michael Brown, #21313
   Litchfield Cavo, LLP
   10401 Holmes Road, Suite 220
   Kansas City, MO 64131
   (816) 648-1400
   (816) 648-1401 Fax
   brown@litchfieldcavo.com

   *Defendant*

Respectfully submitted,

LITCHFIELD CAVO, LLP

By: *s/ Michael Brown*
Michael Brown, #21313
Litchfield Cavo, LLP
10401 Holmes Road, Suite 220
Kansas City, MO 64131
(816) 648-1400
(816) 648-1401 Fax
brown@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT,
THE CINCINNATI INSURANCE
COMPANY