Exhibit "B"

**Real Property Transaction Record**

## Source Information

| | |
|---|---|
| **Filings Current Through:** | 06/28/2024 |
| **County Last Updated:** | 08/07/2025 |
| **Frequency of Update:** | WEEKLY |
| **Current Date:** | 08/11/2025 |
| **Source:** | REGISTER OF DEEDS |

## Transaction Information

| | |
|---|---|
| **Seller Name:** | OWNER RECORD |
| **Deed Type:** | GRANT DEED |
| **Document Type:** | DEED |
| **Type of Transaction:** | NOMINAL |
| **Recording Book/Page:** | BOOK 220, PAGE 422 |
| **Construction Type:** | SALE IS A RE-SALE |

## Owner Information

| | |
|---|---|
| **Owner(s):** | JAMES R WIENS |
| **Property Address:** | 1301 TERRACE DR<br>NEWTON, KS 67114-6313 |
| **Mailing Address:** | N/AVAIL |

## Property Information

| | |
|---|---|
| **County:** | HARVEY |
| **Assessor's Parcel Number:** | 093-08-0-30-04-027-00-0 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Land Use:** | RESIDENTIAL (NEC) |
| **Building Square Feet:** | 3709 |

TAX ASSESSOR RECORD may be available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT may be available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

End of Document