Exhibit "C"

NOTE—Articles may be prepared independently of this form. This form to be used if space is adequate.

3041|
1:33.64

# Articles of Incorporation

We, the undersigned, incorporators, hereby associate ourselves together to form and establish a corporation FOR profit under the laws of the State of Kansas.

**FIRST:** The Name of the Corporation is.......... Concrete Vaults, Inc.

**SECOND:** The Location of its Principal Place of Business in this state is........ Suite 203, Railroad Loan Building, 500½ Main, Newton, Kansas

**THIRD:** The Location of its Registered Office in this State is........ Suite M-3, Railroad Loan Building, 500½ Main, Newton ........................................................ Harvey

| (Number) | (Street) | (Town or City) | (County) |

**FOURTH:** The Name and Address of its Resident Agent in this State is........................

George A. Robb
(Individual or Corporation)

Suite M-3, Railroad Loan Building, 500½ Main, Newton, Harvey County

| (Number) | (Street) | (Town or City) | (County) |

**FIFTH:** This Corporation is organized FOR profit and the nature of its business is:.......................

To engage in any lawful business whatsoever, either as principal or agent, or as a syndicate, which the corporation may deem convenient or proper; to conduct its business in this state, in other states, in the District of Columbia, in the territories and possessions of the United States, and in foreign countries; to hold, purchase, acquire, sell, convey, lease, mortgage, and dispose of property, real or personal, tangible or intangible, including its rights, privileges, and franchises, in this state and in the other areas above set out; and to do any or all acts convenient and necessary, to the same extent as a natural person might or could do, which are incidental or conducive to the attainment of the above purposes.

\* Address of Resident Agent and Registered Office, as set forth in the above THIRD and FOURTH paragraphs of Articles of Incorporation must be the same. (Ch. 17, Art. 44, 1959 Supp.)

**SIXTH:** The total amount of capital of this corporation is....$10,000.00....................and the total number of shares into which it is divided is as follows: (Describe fully the class or classes of stock and the value of each.)

.........................shares of...............................stock, class.....................par value of...........................dollars each

.........................shares of...............................stock, class.....................par value of...........................dollars each

....100..........shares of....**common**..........stock, c̶l̶a̶s̶s̶....................without nominal or par value and consideration therefor $ 10,000.00...........................................................................................................

.........................shares of...............................stock, class.....................without nominal or par value and consideration therefor $..................................................................................................................................

Statement of all or any of the designations and the powers, preferences and rights and the qualifications, limitations or restrictions thereof, in respect to any class....The corporation and existing shareholders shall have the right to purchase and acquire the stock of any selling shareholder before sale to a non-stockholder.

Statement of Grant of Authority, as may be desired to be given to the Board of Directors, if given.

**SEVENTH:** The Amount of Capital with which this Corporation will commence business is..........................
One Thousand and No/100 - - - - - - - - - - - - - - - - - - - - - - Dollars

(Not Less Than One Thousand Dollars ($1,000))

**EIGHTH:** The Names and Places of Residence (P. O. Address) of each of the INCORPORATORS:

| | | |
|---|---|---|
| Thomas V. Petersen | 213 Main | Newton, Kansas |
| Robert A. Haury | Railroad Loan Bldg. | Newton, Kansas |
| Richard S. Boston | Railroad Loan Bldg. | Newton, Kansas |

**NINTH:** The Term for which this Corporation is to exist is ONE HUNDRED YEARS.

**TENTH:** The Number of Directors shall be not less than three nor more than nine as determined from time to time by the Board of Directors.

*In Testimony Whereof,* We have hereunto subscribed our names this 31 st day of December, A. D. 19 63

Thomas V. Petersen

Robert A. Haury

Richard S. Boston

**STATE OF KANSAS,** } ss.

**COUNTY OF** HARVEY,

Personally appeared before me, a Notary Public in and for Harvey County, Kansas, the above-named Thomas V. Petersen, Robert A. Haury, and Richard S. Boston

who are personally known to me to be the same persons who executed the foregoing instrument of writing, and duly acknowledged the execution of the same.

*In Testimony Whereof,* I have hereunto subscribed my name and affixed my official seal, this 31 st day of December, A. D. 19 63

Hattie E. Beeson

*Notary Public.*

[SEAL].

My commission expires Feb 5, 19 66

**OFFICE OF SECRETARY OF STATE**

Received of................................Concrete Vaults, Inc.................................................................

and deposited in the State Treasury, fees on these Articles of Incorporation as follows:

January 22, 1964.................................19........   Application fee ...........................  $25.00

Filing and Recording Fee....................   $ 2.50

Capitalization Fee ............................   $ 10.00

*Secretary of State.*

By

*Assistant Secretary of State.*

336N

Form No. 201 C

SECRETARY OF STATE

JAN 22 10 20 AM 1964

PAUL R. SHANAHAN

FILED





## STATE OF KANSAS
### OFFICE OF SECRETARY OF STATE
## INFORMATION REPORT

Business ID:                          30411

Business Name:                        CONCRETE VAULTS, INC.

Reporting Year:                       2024

**Principal Office Address**

901 Sharps Drive
Newton, KS 67114 USA

**Name and address of each officer of corporation**

President - James R. Wiens          901 Sharps Drive Newton, KS 67114 USA

**Name and address of each director of corporation.**

James R. Wiens                      901 Sharps Drive Newton, KS 67114 USA

**Nature and Kind of Business**

To engage in any lawful act or activity for which corporations may be organized under the Kansas general corporation code.

Does this corporation hold more than 50% equity ownership in any other business that is filed with the Kansas Secretary of State?
No

Does this corporation own or lease land in Kansas that is suitable for use in agriculture?
No

**Signatures**

Signature of Authorized Person James R. Wiens

Title of Signer President