Exhibit "D"

2205680 19941116 R151 F281

01913676

2205680

# ARTICLES OF ORGANIZATION

## OF

## JRW INVESTMENT, L.L.C.

The undersigned, in order to form a limited liability company under the Kansas Limited Liability Company Act, hereby states as follows:

### ARTICLE I

### Name

The name of this Limited Liability Company is JRW INVESTMENT, L.L.C. (hereinafter the "Company").

### ARTICLE II

### Duration

The term for which the Company is to exist is perpetual.

### ARTICLE III

### Purpose

The Company is organized to engage in any lawful conduct or activity for which limited liability companies may be organized under the Kansas Limited Liability Company Act.

### ARTICLE IV

### Registered Office and Resident Agent

The address of the Company's registered office in the State of Kansas is 18 Circle Drive, Newton, Harvey County, Kansas 67114, and the name of the resident agent at such address is James R. Wiens.

### ARTICLE V

### Additional Members

No additional members shall be admitted to the Company except with the unanimous written consent of all the members of the Company and upon such terms and conditions as shall be determined by all the members.

## ARTICLE VI

### Termination of Existence

In the event of the death, retirement, resignation, expulsion, bankruptcy, or dissolution of a member or the occurrence of any other event which terminates the continued membership of a member in the Company, the business of the Company may be continued upon the agreement of a majority in interest of the remaining members.

## ARTICLE VII

### Management

The business and affairs of the Company shall be managed by a Manager. The name and address of the initial Manager is James R. Wiens, 18 Circle Drive, Newton, Kansas 67114.

IN WITNESS WHEREOF, the undersigned has hereunto subscribed his name pursuant to Section 17-7605 of the Kansas Limited Liability Company Act, at Wichita, Kansas, on this 15th day of November, 1994.

_____
David S. Elkouri

STATE OF KANSAS      )
                     )  SS
COUNTY OF SEDGWICK   )

BE IT REMEMBERED, that on this 15th day of November, 1994, before me, a Notary Public within and for the County and State aforesaid, came David S. Elkouri, who is personally known to me to be the same person who executed the foregoing Articles of Organization, and said person duly acknowledges before me his execution of the same as and for his free and voluntary act and deed, for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal at Wichita, Kansas, on the date last above written.

_____
Notary Public

KAREN S. JENKINS
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 1-26-95

2


Kansas Secretary of State
File Date: 04/16/2024 05:40:PM



# STATE OF KANSAS
## OFFICE OF SECRETARY OF STATE
## INFORMATION REPORT

| | |
|---|---|
| Business ID: | 2205680 |
| Business Name: | JRW INVESTMENT, L.L.C. |
| Reporting Year: | 2024 |

**Principal Office Address**

901 Sharps Drive
Newton, KS 67114 USA

Name and address of each member who owns 5% or more of capital.

| | |
|---|---|
| James R Wiens | 901 Sharps Drive Newton, KS 67114 USA |

**Signatures**

Signature of Authorized Person James R Wiens